No. 931. AIELLO *v.* NEW JERSEY. Super. Ct. N. J. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Joseph S. Accardi* for petitioner.

No. 1321. GRISWOLD *v.* ARIZONA. Sup. Ct. Ariz. Motion to dispense with printing response granted. Certiorari denied. *John P. Frank* for petitioner. *Darrell F. Smith*, Attorney General of Arizona, for respondent.

No. 1339. SPEVACK *v.* PIKE. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE is of the opinion that certiorari should be granted. *Carleton U. Edwards II* for petitioner. *Francis D. Thomas, Jr.,* for respondent.

No. 270, Misc. BOYER *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 385, Misc. SMITH *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 583, Misc. GRAY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Benjamin W. Boley* and *Ralph J. Moore, Jr.,* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Robert S. Erdahl* and *Kirby W. Patterson* for the United States.

No. 1328, Misc. KELLY *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *William W. Greenhalgh* and *James F. Bromley* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.